IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02406-BNB

KENNETH ARMBEK,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, et al.,
OFFICER JOHN W. SAMPSON #00-86,
OFFICER JACKSON,
SERGEANT MUDOFF,
DENVER POLICE CHIEF WHITMAN,
DENVER DEPARTMENT OF PUBLIC SAFETY MANAGER ALVIN LACABE, and
DENVER MAYOR JOHN HICKENLOOPER,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2009

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 10, 2009, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02406-BNB

Kenneth Armbeck
Prisoner No. 62000
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/10/09

                                 GREGORY C. LANGHAM, CLERK

                                 By: _____
                                           Deputy Clerk