**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02406-CMA-MJW

KENNETH ARMBEK,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, et al.,
OFFICER JOHN W. SAMPSON #00-86,
OFFICER JACKSON,
SERGEANT MUDOFF,
DENVER POLICE CHIEF WHITMAN,
DENVER DEPARTMENT OF PUBLIC SAFETY MANAGER ALVIN LACABE, and
DENVER MAYOR JOHN HICKENLOOPER,
All Defendants in Their Official and Individual Capacities,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED:  December   17  , 2009

                                                BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge