IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02406-CMA-MJW

KENNETH ARMBEK,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, et al.,
OFFICER JOHN W. SAMPSON #00-86,
OFFICER JACKSON,
SERGEANT MUDOFF,
DENVER POLICE CHIEF WHITMAN,
DENVER DEPARTMENT OF PUBLIC SAFETY MANAGER ALVIN LACABE, and
DENVER MAYOR JOHN HICKENLOOPER,
All Defendants in Their Official and Individual Capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2009

GREGORY C. LANGHAM
                CLERK

## AMENDED ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: December __17__, 2009

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02406-CMA-MJW

Kenneth Armbeck
Prisoner No. 62000
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: City and County of Denver, John W. Sampson,
Officer Jackson, Sergeant Mudoff, Denver Police Chief Whitman,
Alvin LaCabe, and Mayor John Hickenlooper,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on City and County of Denver, John W. Sampson, Officer Jackson, Sergeant Mudoff, Denver Police Chief Whitman, Alvin LaCabe, and Mayor John Hickenlooper: COMPLAINT FILED 10/09/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/18/09.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk