IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02406-WJM-MJW

KENNETH ARMBEK,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,
OFFICER JOHN W. SAMPSON,
OFFICER PHILIP JACKSON,
OFFICER BRIAN MUDLOFF,
DENVER POLICE CHIEF WHITMAN,
DENVER DEPARTMENT OF PUBLIC SAFETY MANAGER ALVIN LACABE, and,
All Defendants in their Official and Individual Capacities,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Amend Scheduling Order and Extend Discovery and Dispositive Motion Deadline (docket no. 64) is GRANTED finding good cause shown.  The deadline to compete discovery is extended to July 1, 2011 and the deadline to file dispositive motions is extended to August 1, 2011.

Date:   May 16, 2011